# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| David B. Johnson, | Civil No. 11-2610 (RHK/JJG) |
| Petitioner, | **ORDER** |
| v. | |
| Jessica Symmes, | |
| Respondent. | |

The Court's July 27, 2012 Order (Doc. No. 24) and Judgment (Doc. No. 25) are **VACATED**.

Dated: July 30, 2012

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge